**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

```
UNITED STATES OF AMERICA,          )
                                   )
            Petitioner,            )
       v.                          )
                                   )
JILL FROST, PRESIDENT,             )
PINK PELICAN, INC.                 )
                                   )
            Respondent.            )
_____)
```

**PETITION TO ENFORCE INTERNAL REVENUE SUMMONS**

The United States of America, by its attorney, Wifredo A. Ferrer, United States Attorney in and for the Southern District of Florida, avers to this Court as follows:

I

This proceeding for enforcement of an Internal Revenue Service summons is brought pursuant to §§ 7402(b) and 7604(a) of the Internal Revenue Code of 1986 (26 U.S.C.).  This Court has jurisdiction of this action pursuant to 26 U.S.C. §§ 7402(b) and 7604(a) and 28 U.S.C. §§ 1340 and 1345.

II

M. Smith, is a revenue officer of the Internal Revenue Service, employed in the Office of the Area Director, Small Business Self Employed Collection Division, Internal Revenue Service, South Atlantic Area, Fort Lauderdale with a post of duty in Port St. Lucie, Florida.  As a revenue officer, she is

-1-

authorized to issue Internal Revenue Service summons pursuant to the authority contained in 26 U.S.C. 7602.

III

The respondent, Jill Frost, President, Pink Pelican, Inc., conducts business at 945 Sebastian Boulevard, Sebastian, Florida, which is within the jurisdiction of this Court.

IV

Revenue Officer M. Smith, with Revenue Officer N. A. Moses, is conducting an investigation for the determination of the federal income tax liabilities of Pink Pelican, Inc. (Form 1120S) for the periods ending December 31, 2005,\1 December 31, 2006, December 31, 2007 and December 31, 2008 and for the purpose of inquiring into any offense connected with the administration or enforcement of the Internal Revenue laws for the periods under investigation.

V

As part of the investigation, on February 16, 2010, Revenue Officer M. Smith issued an Internal Revenue Service summons (Form 2039) directing the respondent to appear before the revenue officer, or any other designated agent of the Internal Revenue Service, on March 9, 2010, to give testimony and to produce for examination and copying certain books, records, papers, or other

---

[1] The Internal Revenue Service has determined that Respondent has complied with the IRS Summons regarding tax year ending December 31, 2005.

data, as described in the said summons.  An attested copy of the summons was served on the respondent by Revenue Officer N. A. Moses while Revenue Office Smith was present, on February 16, 2010, by handing an attested copy of the summons to the respondent.  A copy of the summons is attached to the declaration of Revenue Officer M. Smith as Exhibit A-1, and incorporated herein by reference.

VI

On March 9, 2010, the respondent did not appear in response to the summons.  The respondent's refusal to comply with the summons with respect to the periods ending December 31, 2006, December 31, 2007 and December 31, 2008 continues to date.

VII

On April 1, 2010, Associate Area Counsel sent a letter to the respondent offering another opportunity to satisfy the summons on April 22, 2010.  A copy of that letter is attached to the declaration as Exhibit A-2.  The respondent failed to appear on April 22, 2010 in response to the letter.

VIII

The respondent has in her possession, custody, or control information, books, records, papers, and other data which may be relevant and material to the investigation with respect to the

periods ending December 31, 2006, December 31, 2007 and December 31, 2008.

IX

1.   While the Internal Revenue Service may have some information sought by the summons, e.g. some Wage Tax Statements (Form W-2) and/or Form 1099 information related to the respondent, this information is insufficient to allow the agency to make a determination as to the respondent's federal income tax liabilities for the periods ending December 31, 2006, December 31, 2007 and December 31, 2008.

X

It is necessary and relevant to obtain the testimony and to examine the books, records, papers, and other data sought by the summons for the periods ending December 31, 2006, December 31, 2007 and December 31, 2008 in order to determine the income tax liabilities of the Pink Pelican, Inc. (Form 1120S) for the periods ending December 31, 2006, December 31, 2007 and December 31, 2008.

XI

All administrative steps required by the Internal Revenue Code for the issuance of a summons have been taken.

XII

A Justice Department referral, as defined by § 7602(c)(2) of the Internal Revenue Code of 1986, is not in effect with respect to the federal income tax liabilities of Pink Pelican, Inc. for the periods ending December 31, 2006, December 31, 2007 and December 31, 2008.

WHEREFORE the petitioner, respectfully prays:

1. That this Court enter an order directing the respondent to show cause, if any, why she should not comply with and obey the aforementioned summons with respect to tax periods ending December 31, 2006, December 31, 2007 and December 31, 2008 and each and every requirement thereof;

2. That the Court enter an order directing the respondent to appear before Revenue Officer M. Smith and/or N. A. Moses, or any other designated officer of the Internal Revenue Service at such time and place as may hereafter be fixed by Revenue Officer Smith and/or her designee, and to give testimony and produce for examination and copying the books, papers, records, or other data concerning the tax periods ending December 31, 2006, December 31, 2007 and December 31, 2008 as demanded by the summons;

3. That the United States recover its costs in maintaining this action; and

4. That this Court grants such other and further relief as it deems just and proper; and

5.  That this Court further order that petitioner be given thirty (30) days from the date of the Order within which to serve respondent with the same.

>                         WIFREDO A. FERRER
>                         UNITED STATES ATTORNEY
>
>
>                         _Marilynn K. Lindsey_____ _____
>                         Marilynn K. Lindsey
>                         Assistant U.S. Attorney
>                         Fla. Bar NO.: 230057
>                         500 E. Broward Blvd., Ste. 700
>                         Ft. Lauderdale, FL  33394
>                         Marilynn.Lindsey@usdoj.go