UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) |
| | ) |
| JILL FROST, PRESIDENT, | ) |
| PINK PELICAN, INC. | ) |
| | ) |
| Respondent. | ) |
| _____ | ) |

## DECLARATION

I, M. Smith hereby declare as follows:

1. I am a duly commissioned Revenue Officer employed in the Office of the Area Director, Small Business Self Employed Collection Division, Internal Revenue Service, South Atlantic Area, Fort Lauderdale with a post of duty in Port St. Lucie, Florida. As a Revenue Officer I am authorized to issue Internal Revenue summonses pursuant to the authority contained in 26 U.S.C. Section 7602.

2. In my capacity as a Revenue Officer, I am conducting an investigation for the determination of the federal corporate income tax liabilities (Form 1120S) of Pink Pelican, Inc., for the periods ended December 31, 2006, December 31, 2007 and December 31, 2008.

3. In furtherance of the above investigation and in accordance with section 7602 of Title 26 U.S.C., Revenue Officer

-1-

Smith issued on February 16, 2010, an Internal Revenue Service summons (Form 2039) to Jill Frost, President, Pink Pelican, Inc. to give testimony and to produce for examination books, papers, records, or other data as described in said summons. The summons is attached to the petition as Exhibit A-1.

4. On February 16, 2010, Revenue Officer Smith was present when Revenue Officer N. A. Moses handed a copy of the summons to the person to whom it was directed. Service of the summons is evidenced by the certificate of service on the reverse side of the summons.

5. On March 9, 2010, the respondent, Jill Frost, President, Pink Pelican, Inc., did not appear in response to the summons. The respondent's refusal to comply with the summons continues to the date of this declaration.

6. On April 1, 2010, Associate Area Counsel for the Internal Revenue Service sent a letter to the respondent offering the respondent another opportunity to appear before Revenue Officer Moses and/or Smith on April 22, 2010, to satisfy the summons. The respondent was not responsive. The respondent's refusal to comply with the summons continues to the date of this petition. A copy of the letter is attached hereto as Exhibit A-2.

7.  The respondent has in her possession, custody or control information, books, records, papers, and other data which may be relevant and material to the investigation.

8.  It is necessary to obtain the testimony and to examine the books, papers, records or other data sought by the summons in order to determine the Federal income tax liabilities of Pink Pelican, Inc. for the periods ended December 31, 2006, December 31, 2007 and December 31, 2008.

9.  All administrative steps required by the Internal Revenue Code for issuance of a summons have been taken.

10. A Justice Department referral, as defined by 26 U.S.C. Section 7602, is not in effect with respect to Pink Pelican, Inc. for the periods under investigation.

11. The name M. Smith is my pseudonym, authorized by employment agreements with, and the internal policies of, the Internal Revenue Service to protect personnel, and is registered with the Internal Revenue Service.

12. I declare under penalty of perjury that the foregoing is true and correct.

13.

Executed this 30th day of August, 2010.

M. Smith
Revenue Officer

-3-



# Summons

In the matter of __Pink Pelican, Inc.__

Internal Revenue Service (Division): __Small Business / Self Employed__

Industry/Area (name or number): __Small Business / Self Employed - Area 23__

Periods:   __December 31, 2005, December 31, 2006, December 31, 2007, December 31, 2008__

## The Commissioner of Internal Revenue

To:   __Jill Frost as President of Pink Pelican Inc.__

At:   __945 Sebastian Blvd, Sebastian, FL 32958__

You are hereby summoned and required to appear before NAN A. MOSES, an officer of the Internal Revenue Service, to give testimony and to bring with you and to produce for examination the following books, records, papers, and other data relating to the tax liability or the collection of the tax liability or for the purpose of inquiring into any offense connected with the administration or enforcement of the internal revenue laws concerning the person identified above for the periods shown.

All documents and records in your possession or control reflecting the receipt of taxable income by the above name corporation for the year(s) December 31, 2005, December 31, 2006, December 31, 2007, December 31, 2008, including but not limited to statements of receipts and sales for the year(s) ended December 31, 2005, December 31, 2006, December 31, 2007, December 31, 2008, and records of deposits to bank accounts during the year(s) ended December 31, 2005, December 31, 2006, December 31, 2007, December 31, 2008. Any and all other books, records, documents and receipts regarding income and any other compensation for services (including the receipt of property other than money), income derived from corporate operations, gains from dealings in property, interest, rental, royalty, and dividend income so that the liability for *U.S. Income Tax Return for an S Corporation* (Form 1120S) for the calendar or fiscal year(s) ended December 31, 2005, December 31, 2006, December 31, 2007, December 31, 2008 (for which years no return have been made) may be determined.

**Do not write in this space**

**Business address and telephone number of IRS officer before whom you are to appear:**

__7410 SOUTH US HIGHWAY ONE, SUITE 203, PORT ST. LUCIE, FL 34952- - (772)340-5607__

**Place and time for appearance at**   __7410 SOUTH US HIGHWAY ONE, SUITE 203, PORT ST. LUCIE, FL 34952-__

**IRS**
Department of the Treasury
Internal Revenue Service
www.irs.gov
Form 2039(Rev. 12-2008)
Catalog Number 21405J

on the __9th__ day of __March__, __2010__ at __01:00__ o'clock __P__ m.

Issued under authority of the Internal Revenue Code this __16th__ day of __February__, __2010__

__NAN A. MOSES__
Signature of Issuing Officer

__REVENUE OFFICER__
Title

Signature of Approving Officer *(if applicable)*

Title

**Original** -- to be kept by IRS

EXHIBIT A-1

**DEPARTMENT OF THE TREASURY**
INTERNAL REVENUE SERVICE
OFFICE OF CHIEF COUNSEL
SMALL BUSINESS/SELF-EMPLOYED DIVISION COUNSEL
1000 S. PINE ISLAND RD.
SUITE 300
PLANTATION, FLORIDA 33324
(954) 423-7951
FAX (954) 423-7930

CC:SB:3:FTL:GL-112820-10
NJKlahr

APR - 1 2010

Jill Frost, President
Pink Pelican, Inc.
945 Sebastian Blvd.
Sebastian, FL 32958

      Taxpayer: Pink Pelican
      U.S. Corporate Income Tax Return (Form 1120S)
      Tax Periods: 12/31/05, 12/31/06, 12/31/07, 12/31/08
      Date Summons Served: February 16, 2010
      Appearance Date: March 9, 2010

Dear Ms. Frost:

    Small Business/Self-Employed Area Collection of the Internal Revenue Service has notified our office that you did not comply with the provisions of the summons served on you on February 16, 2010, a copy of which is enclosed, requiring you to give testimony or produce documents. Revenue Officer N. A. Moses is seeking information and documents pertaining to filing Pink Pelican, Inc.'s outstanding federal corporate income tax returns for the tax periods ended December 31, 2005, December 31, 2006, December 31, 2007 and December 31, 2008.

    Under the terms of the summons, you were required to appear before Revenue Officer N. A. Moses on March 9, 2010.

    Legal proceedings may be brought against you in the United States District Court for not complying with this summons. To avoid such proceedings, you are to appear before Revenue Officer:

EXHIBIT A-2

CC:SB:3:FTL:GL-111810-10          - 2 -

```
Name:    N. A. Moses and/or M. Smith
Date:    April 22, 2010
Time:    9:00 a.m.
Address: Internal Revenue Service
         Suite 203
         7410 South US Highway One.
         Port St. Lucie, FL 34952
         (772) 340-5607
```

Any books, records or other documents called for in the summons should be produced at that time. If you have any questions, please contact Revenue Officer M. Smith at 772 340-5607.

Sincerely,

WILLIAM J. WILKINS
Chief Counsel

By: _____
KENNETH A. HOCHMAN
Associate Area Counsel
(Small Business/Self-Employed)
IRS ID#58-06770

Enclosure:
    Copy of summons

cc: R.O. M. Smith/N. A. Moses