**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Petitioner, | ) |
| v. | ) |
| | ) |
| JILL FROST, PRESIDENT, | ) |
| PINK PELICAN, INC. | ) |
| | ) |
| Respondent. | ) |

**ORDER TO SHOW CAUSE**

Upon the Petition of the United States of America, by its attorney, Wifredo A. Ferrer, United States Attorney for the Southern District of Florida, and the declaration of Revenue Officer M. Smith of the Internal Revenue Service and the exhibits attached thereto, it is

ORDERED that Jill Frost, as President of Pink Pelican, Inc. shall, appear before the United States District Court for the Southern District of Florida, presided over by the undersigned in his or her courtroom in the United States Courthouse in _____ _____, Florida, on the _____ day of _____, 2010, at _____ .m., to show cause why she should not be compelled to obey the Internal Revenue Service summons served upon her on February 16, 2010.

It is further

-1-

ORDERED that a copy of this Order, together with the Petition and Exhibits thereto, be personally served upon Jill Frost, as President of Pink Pelican, Inc. on or before _____, 2010; and

ORDERED that within five days of service of copy of this Order, the Petition and Exhibits, the respondent shall file and serve a written response to the Petition.

DATED at _____, this _____ day of _____, 2010.

_____
UNITED STATES DISTRICT JUDGE

Copies to: AUSA Marilynn Lindsey
           M. Smith, R. O.
           Nancy Klahr, Paralegal