UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 10-61618-CV-UNGARO/SIMONTON

**UNITED STATES OF AMERICA,**
    Petitioner,

vs.

**JILL FROST, PRESIDENT, PINK PELICAN, INC.**
    Respondent.
_____/

## NOTICE TO THE COURT

The Petitioner United States hereby advises the Court that the United States has no objection to the Court transferring this case to the Fort Pierce Division.

Dated: November 8, 2010

RESPECTFULLY SUBMITTED,

WIFREDO A. FERRER
UNITED STATES ATTORNEY

By: *s/ Karin D. Wherry*
KARIN D. WHERRY
Assistant United States Attorney
Florida Bar No. 509530
Karin.Wherry@usdoj.gov
99 N.E. 4th Street, Third Floor
Miami, Florida  33132
Tel:  (305) 961-9016
Fax: (305) 530-7139
Attorney for Petitioner

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 8, 2010, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

s/Karin D. Wherry
KARIN D. WHERRY
ASSISTANT U.S. ATTORNEY
