UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 10-61618-CIV-UNGARO

UNITED STATES OF AMERICA ,

    Petitioner,

v.

JILL FROST, PRESIDENT, PINK PELICAN, INC.,

    Respondent.
_____/

**ORDER DIRECTING CLERK TO TRANSFER CASE TO DIFFERENT VENUE**

    THIS CAUSE came before the Court upon Petitioner United States of America's Notice to the Court, filed November 8, 2010 (D.E. 7.) Petitioner filed above-styled action in the incorrect venue.

    THE COURT has considered the pertinent portions of the record and is otherwise fully advised in the premises.  It is hereby

    ORDERED AND ADJUDGED that the Clerk of the Court is directed to transfer the above-styled action to the Fort Pierce Division. The Clerk shall assign a district judge from the Fort Pierce case assignment wheel.

    DONE AND ORDERED in Chambers at Miami, Florida, this 9th day of November, 2010

*/s/ Ursula Ungaro*

URSULA UNGARO
UNITED STATES DISTRICT JUDGE

copies provided:
counsel of record